the costs (exclusive of the costs of the appeal) and one-fifth of the balance of the purchase price be paid in cash. So modified, the judgment of the court below is affirmed, with costs against appellants. Modified and affirmed.

PRZEPIS v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. December 9, 1918.) No. 1674. Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond. Habeas corpus. Nicholas Aleinikoff, of New York City, for appellant. Richard H. Mann, U. S. Atty., of Petersburg, Va.

PER CURIAM. Cause dismissed, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), in accordance with agreement of counsel.

R. M. SUTTON CO. et al. v. PRINGLE. (Circuit Court of Appeals, Fourth Circuit. October 4, 1918.) No. 1587. Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston, in Bankruptcy. Mordecai & Gadsden & Rutledge, of Charleston, S. C., for appellants. Julian Mitchell, of Charleston, S. C., for appellee.

PER CURIAM. Cause dismissed, under section 3 of rule 22 (233 Fed. xiv, 146 C. C. A. xiv).

SMITH v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 3, 1919.) No. 3264. In Error to the District Court of the United States for the Fourth Division of the Territory of Alaska. R. F. Roth, U. S. Atty., and Harry E. Pratt, Asst. U. S. Atty., both of Fairbanks, Alaska, and Annette Abbott Adams, U. S. Atty., of San Francisco, Cal.

PER CURIAM. Motion for dismissal of writ of error for noncompliance by the plaintiff in error with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (208 Fed. ix, 124 C. C. A. ix) granted, and writ of error dismissed.

VIRGINIA & WEST VIRGINIA COAL CO. v. CHARLES. (Circuit Court of Appeals, Fourth Circuit. December 5, 1918.) No. 1605. In Error to the District Court of the United States for the Western District of Virginia, at Lynchburg. After judgment of District Court (251 Fed. 83, —— C. C. A. ——) was affirmed in 254 Fed. 379, —— C. C. A. ——, order allowing writ of error to Supreme Court was filed. J. L. Jeffries, of Norfolk, Va., and S. B. Avis, of Charleston, W. Va., for plaintiff in error. Greever, Gillespie & Divine, of Tazewell, Va., E. M. Fulton, of Wise, Va., and Wm. H. Werth, A. S. Higginbotham, and Geo. C. Peery, all of Tazewell, Va., for defendant in error.